ADOLPHUS F. LONG, Respondent, *v.* VIOLA LONG,
Appellant.

(Submitted March 5, 1935; decided March 19, 1935.)

*Sidney L. Masone* for appellant.
*Daniel J. Byrne* for respondent.

Judgment affirmed, without costs; no opinion.
Concur: CRANE, Ch. J., LEHMAN, HUBBS and FINCH, JJ. Dissenting: O'BRIEN, CROUCH and LOUGHRAN, JJ.